IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

ERIC GEROW,

          Plaintiff,      No. 8:22-cv-2976-MSS-JSS

v.                              Hon. Mary S. Scriven

GAVIN NEWSOM, et al.,

          Defendants.

**TIME SENSITIVE: APPLICATION FOR
EXTENSION OF TIME FOR ALL
DEFENDANTS TO RESPOND TO
FIRST AMENDED COMPLAINT
(Special Appearance)**

The California Executive Branch Defendants[1] hereby appear specially and request that the Court extend the date for all defendants to respond to

---

[1] The "California Executive Branch Defendants" are Governor Gavin Newsom, the California Department of Justice, Rob Bonta, the California State Transportation Agency, Toks Omishakin, the California Highway Patrol, Amanda Ray, Warren Stanley, the California Government Operations Agency, Amy Tong, Marybel Batjer, the California State Controller's Office, Betty Yee, Richard Chivaro, Shawn Silva, Yvette Stowers, the California Department of Finance, Joe Stephenshaw, Keely Bosler, Estella Simoneau, Antonio Vasquez, Malia Cohen, Vikram Mandla, the California Franchise Tax Board, Selvi Stanislaus, Jozel Burnett, Margeurite Esquivido, Erik Scheidegger, Brenda Voet, the California Department of General Services, Ana Lasso, Nick Wagner, the Little Hoover Commission, and the California Office of Tax Appeals.

1

the first amended complaint by 60 days, from June 26, 2023 to August 25, 2023.  The California Executive Branch Defendants further request that all other case deadlines be stayed until further order.  The California Executive Branch Defendants expressly reserve, and do not waive, all potential defenses including those referenced in Rule 12(b)(2)-12(b)(5) and 12(h).

The first amended complaint filed by plaintiff Eric Gerow on June 12, 2023 ("FAC") comprises 239 pages and 33 causes of action.  As with the original complaint, Mr. Gerow named 49 defendants, including 41 California state defendants that span a broad range of state executive and legislative agencies and bodies, individual state employees and officials, and former state employees and officials.  (FAC at pp. 6-11.)  He also named a former Sacramento County official and seven federal agencies, officials, and employees as defendants, including the FBI and the Department of Homeland Security.  (*Id.* at pp. 11-12)  He named all of the individual defendants "in their personal and professional capacities." (*Id.* at pp. 1, 12.) Defendants' responsive pleadings are currently due on June 26, 2023.  Fed. R. Civ. P. 15(a)(3).

The California Executive Branch Defendants respectfully request an extension of time of sixty days for all defendants, which would make the new responsive pleading deadline August 25, 2023.  Good cause exists for the following reasons: (1) Mr. Gerow's lengthy complaint presents numerous

factual and legal issues that the defendants must address, and (2) the 49 defendants must coordinate their defenses and determine the most efficient ways to respond to Mr. Gerow's complaint.

The California Executive Branch Defendants also respectfully request that all other deadlines be stayed while disputes regarding the pleadings are resolved. In particular, the California Executive Branch Defendants believe that it would not be productive to engage in the early disclosure, case management report, and case management discussions associated with Federal Rules of Civil Procedure 16, 26, and 37 and Local Rule 3.02 until the disputes regarding the complaint are resolved.

Accordingly, the California Executive Branch Defendants respectfully request that the Court issue an order stating that (1) all defendants' responses to the first amended complaint will be due on August 25, 2023, and (2) all other case deadlines are stayed until further order.

## RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned certifies that counsel for the California Executive Branch Defendants conferred with plaintiff via emails dated June 15 and 19, 2023, which are attached as Exhibit 1. Plaintiff stated that he opposes the relief sought herein for the reasons described in Exhibit 1. The undersigned offered plaintiff the opportunity to discuss this motion by recorded telephone call in the June 15, 2023 email, and plaintiff

3

did not accept that offer.  The undersigned also conferred with all other counsel of record, and they do not oppose this motion.

Dated:  June 19, 2023        Respectfully submitted,

                                             ROB BONTA
                                             Attorney General of California
                                             CRAIG RUST
                                             Supervising Deputy Attorney General


                                             */s/ Michael Sapoznikow*
                                             MICHAEL SAPOZNIKOW
                                             Deputy Attorney General
                                             *Attorneys for the California Executive Branch Defendants*

SF2023300760/37242472.docx

# EXHIBIT 1

| | |
|---|---|
| **From:** | arzo101 |
| **To:** | Michael Sapoznikow |
| **Cc:** | Wilson, Meagan; Dehrer, Stephen |
| **Subject:** | Re: Gerow v. Newsom - Extension Request |
| **Date:** | Monday, June 19, 2023 1:49:35 PM |

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Mr. Sapoznikow,

The Plaintiff is desirous that every Defendant be afforded the maximum time and convenience in the instant action, and that their right to procedural due process is safeguarded to a greater extent than they themselves treated their victims. Unfortunately, this request cannot be accommodated and Plaintiff does not consent to the extension.

The Plaintiff's life has already been thrown into complete disarray by the attacks of the Defendants and also the ongoing daily demands of the lawsuit itself. Plaintiff is unable to travel, to conduct business, to make plans, or to do anything while a lawsuit is pending and a 14 or 21 day deadline to respond to a given motion may appear at any moment. Your clients have caused enough devastation and damage with their terroristic actions, and justice requires that these legal proceedings be brought to as speedy a conclusion as prudent due process allows.

It's a very upside-down world when the so-called Department of Justice is making legal arguments that they have the right to steal any money from any person any where at any time, without any due process whatsoever. Every American views the role of the California Department of Justice as protecting civil rights, not arguing that no civil rights exist. The arguments in Defendant's Motion to Dismiss are not just legally incorrect- they are literally insane.

The fact that you wish to pursue the insane worldview that Defendants possess unlimited power to steal anything from any citizen at any time, with no Constitutional protections or right of review whatsoever, does not obligate Plaintiff to participate in that lunacy even one day longer than he must. Accordingly, Plaintiff does not consent to the request for an extension.

Respectfully,

Eric Gerow


Sent with Proton Mail secure email.

------- Original Message -------
On Thursday, June 15th, 2023 at 1:49 PM, Michael Sapoznikow <Michael.Sapoznikow@doj.ca.gov> wrote:

> Mr. Gerow,
>
> The California Executive Branch defendants are planning to request a 60-day extension of the time to respond to your first amended complaint. The grounds for the request are that the complaint is more than 200 pages long, it presents

numerous new factual and legal issues, and the 49 defendants must coordinate their defenses and determine the most efficient way to respond. We also plan to ask the Court to stay all other deadlines while disputes over the complaint are resolved.

The California legislative defendants have already provided their consent. Please let me know if you consent to the extension. If you do not, please let me know if you would like to discuss this issue via a recorded telephone call.

Thank you,

Mike Sapoznikow

Michael Sapoznikow

Deputy Attorney General

Business Litigation Section, Room 1050-22

Office of the Attorney General

1300 I Street, P.O. Box 944255

Sacramento, CA 94244-2550

Phone: (916) 210-7344

Fax: (916) 323-7095

Michael.Sapoznikow@doj.ca.gov

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# CERTIFICATE OF SERVICE

Case Name: __Gerow v. Newsom et al.__   No. __8:22cv2976__

I hereby certify that on June 19, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

> **TIME SENSITIVE: APPLICATION FOR EXTENSION OF TIME FOR ALL DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT (Special Appearance)**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On June 19, 2023, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by **FEDERAL EXPRESS**, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Eric Gerow
3432 Us-19 #6
Holiday, FL 34691

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on June 19, 2023, at Sacramento, California.

| K. Vitalie | |
|---|---|
| Declarant | Signature |

SF2023300760
37276525.docx